# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAR TANISHA MARGARET EUBANKS, | : | |
| Plaintiff | : | No. 1:11-cv-1030 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| POLYCLINIC MEDICAL CENTER, | : | (Magistrate Judge Carlson) |
| Defendants | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On June 1, 2011, Magistrate Judge Martin Carlson issued a Report and Recommendation ("R&R") in the above-captioned case. (Doc. No. 4.) The R&R first recommends granting Plaintiff's motion for leave to proceed <u>in forma pauperis</u>. The R&R next recommends dismissing Plaintiff's complaint for failure to state a claim upon which relief can be granted without prejudice to allowing Plaintiff to attempt to correct the deficiencies noted in her complaint. The R&R sent to Plaintiff was returned as undeliverable, and the Court is without any updated address at which to reach Plaintiff.[1] The Court will adopt the R&R dismissing the original complaint without prejudice.

**ACCORDINGLY**, on this 28th day of June 2011, it is **HEREBY ORDERED THAT** Magistrate Judge Carlson's R&R (Doc. No. 4) is **ADOPTED** and Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall close this case.

/s/ Yvette Kane
Yvette Kane, Chief Judge

---

[1] The Court notes, however, that a standard practice order was issued and sent to Plaintiff on May 31, 2011, which informs Plaintiff of her continuing obligation to apprise the Court of her current address and that "[i]f the court is unable to communicate with the plaintiff because the plaintiff has failed to notify the court of his or her address, the plaintiff will be deemed to have abandoned the lawsuit." (Doc. No. 3 at 4.)